UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STANDARD INSURANCE COMPANY,<br><br>                     Plaintiff,<br><br>        v.<br><br>PAULA ASUNCION, DONNA MARIE WHITAKER, THOMAS A. HENDERSON, MARTIN LEE HENDERSON OROSHIBA, and CALVIN JOHN HENDERSON.<br><br>                     Defendants. | NO.  2:14-cv-00134<br><br>CORPORATE DISCLOSURE STATEMENT |

Defendant Standard Insurance Company is a wholly owned subsidiary of StanCorp Financial Group, Inc., which is a company that is publicly traded on the New York Stock Exchange.

DATED this 28th day of January, 2014.

    s/ David A. LeMaster
    David A. LeMaster, WSBA #22874
    Hacket, Beecher & Hart
    1601 Fifth Avenue, Suite 2200
    Seattle, WA 98101
    Telephone: (206) 624-2200
    E-mail: dlemaster@hackettbeecher.com
    Counsel for Standard Insurance Company

CORPORATE DISCLOSURE STATEMENT – 1

Law Offices of
**Hackett, Beecher & Hart**
1601 Fifth Avenue, Suite 2200
Seattle, Washington 98101
(206) 624-2200